## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Harris, Rochelle | § | Case No.  10 B 45410 |
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 10/11/2010.

2)   The plan was confirmed on 01/12/2011.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 01/04/2012.

5)   The case was converted on 01/17/2012.

6)   Number of months from filing or conversion to last payment: 11.

7)   Number of months case was pending: 19.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $3,435.00.

10)   Amount of unsecured claims discharged without full payment: $0.

11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,304.50 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | $3,304.50 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,147.37 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $157.13 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $3,304.50 |

Attorney fees paid and disclosed by debtor          $0

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $4,000.00 | $8,584.31 | $8,584.31 | $0 | $0 |
| Great American Finance Company | Secured | NA | $200.00 | $200.00 | $0 | $0 |
| Allied International Credit | Unsecured | $616.00 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $295.00 | $227.26 | $227.26 | $0 | $0 |
| Americredit Financial Ser Inc | Unsecured | $4,059.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $6,190.00 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $3,681.00 | NA | NA | $0 | $0 |
| Certified Recovery | Unsecured | $210.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,126.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $2,695.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,126.00 | $1,125.76 | $1,125.76 | $0 | $0 |
| Credit Acceptance Corp | Unsecured | $12,589.00 | NA | NA | $0 | $0 |
| Credit One | Unsecured | $790.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $353.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Friedman & Wexler LLC | Unsecured | $356.00 | NA | NA | $0 | $0 |
| Global Payments | Unsecured | $1,525.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## **Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Great American Finance Company | Unsecured | $895.00 | $695.61 | $695.61 | $0 | $0 |
| Harvard Collection Services In | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $94.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $8,332.88 | $8,332.88 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $387.00 | $387.72 | $387.72 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $493.00 | $493.00 | $0 | $0 |
| Jewel Food Stores | Unsecured | $86.00 | NA | NA | $0 | $0 |
| LVNV Funding | Unsecured | $1,190.00 | NA | NA | $0 | $0 |
| Main Street Acquisition Corp | Unsecured | $975.00 | NA | NA | $0 | $0 |
| Marauder Corporation | Unsecured | $425.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $905.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | NA | $3,796.49 | $3,796.49 | $0 | $0 |
| Midland Credit Management | Unsecured | NA | $698.93 | $698.93 | $0 | $0 |
| Money Market | Unsecured | $399.00 | $436.36 | $436.36 | $0 | $0 |
| National Quick Cash | Unsecured | $400.00 | NA | NA | $0 | $0 |
| National Recoveries Inc | Unsecured | $28.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $2,496.00 | NA | NA | $0 | $0 |
| Payday Loan | Unsecured | $3,000.00 | NA | NA | $0 | $0 |
| Penn Credit Corp | Unsecured | $127.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $5,016.00 | $4,953.16 | $4,953.16 | $0 | $0 |
| Professional Account Management | Unsecured | $899.00 | NA | NA | $0 | $0 |
| Professional Debt Mediation | Unsecured | $627.00 | NA | NA | $0 | $0 |
| Professional Recovery System | Unsecured | $615.00 | NA | NA | $0 | $0 |
| Progressive Insurance Co | Unsecured | $218.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $222.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $111.94 | $111.94 | $0 | $0 |
| Santander Consumer USA | Unsecured | $13,248.00 | NA | NA | $0 | $0 |
| Stassinos Law Offices | Unsecured | $115.00 | NA | NA | $0 | $0 |
| Stassinos Law Offices | Unsecured | $115.00 | NA | NA | $0 | $0 |
| Steam Magic | Unsecured | $89.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $68.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $64.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $51.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $54.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $83.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $419.00 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $1,400.00 | $1,006.80 | $1,006.80 | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Worldwide Asset Purchasing LLC | Unsecured | $6,187.00 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | NA | $1,540.86 | $1,540.86 | $0 | $0 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $200.00 | $0 | $0 |
| **TOTAL SECURED:** | $200.00 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $8,584.31 | $0 | $0 |
| **TOTAL PRIORITY:** | $8,584.31 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $23,806.77 | $0 | $0 |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $3,304.50 | |
| Disbursements to Creditors | $0 | |
| **TOTAL DISBURSEMENTS:** | | $3,304.50 |

UST Form 101-13-FR-S (09/01/2009)

12)   The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.


Date: May 8, 2012                    By:  /s/ MARILYN O. MARSHALL
                                          _____
                                                    Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)